. Thank you very much.
judges: Griffith, Millett, Williams